408 A.2d 526

In the Interest of Cooper et al., Minors.

Appeal of Cooper et al., Minors.

Submitted December 14, 1977. Ralph W. Litzenberger, for appellants. Robert Ungerleider, for appellee Northampton County Children's Bureau.

Order of court affirmed.

JACOBS and WATKINS, former P. JJ., and HOFFMAN, J., did not participate in the consideration or decision of this case.